UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM DIVISION

|  |  |
|---|---|
| MYBUSINESS LOAN.COM, LLC d/b/a DEALSTRUCK, | ) ) ) |
| Plaintiff, | ) ) Case No. 9:14-cv-81084-KAM |
| v. | ) ) ) |
| NTC FINANCIAL, INC. and STEPHAN STANFEL, | ) ) ) |
| Defendants. | ) ) ) |

## DEFAULT JUDGMENT

THIS CAUSE is before the Court on Plaintiff's Motion for Default Judgment ("Motion"). Having considered the Motion, being otherwise duly advised in the premises, and good cause appearing, the Court hereby

**FINDS**:

1. The address of Plaintiff is:

    MYBUSINESS LOAN.COM, LLC d/b/a DEALSTRUCK
    1901 Camino Vida Roble, Suite 120
    Carlsbad, California 92008

2. The address of Defendant is:

    NTC Financial, Inc.
    120 South Olive Street, Suite 500
    West Palm Beach, Florida 33401

3. This Court has jurisdiction over the subject matter of this case and the parties.

4. Venue is proper in this District.

5. The Complaint states claims for breach of contract against Defendant NTC Financial, Inc. and Breach of Contract (Guaranty) against Defendant Stephan Stanfel for which relief may be granted against Defendants and in favor of Plaintiff.

6. Defendant NTC Financial, Inc. failed to plead or otherwise defend against the complaint filed by Plaintiff in this action (the "Complaint").

7. Default was entered as to Defendant NTC Financial, Inc. on September 16, 2014, a corporation organized and existing under the laws of the State of Florida.

8. By reason of default, Defendant has admitted the truth of the allegations in Plaintiff's Complaint.

9. Under Count I of the Complaint, Defendant is hereby found liable to Plaintiff for breaching the parties' Loan Documents as that term is defined in the Complaint.

10. Plaintiff submitted a Declaration of Robert Lopez, Plaintiff's Director of Servicing, [CM/ECF No.15] attesting that the total outstanding balance of the subject loan is $132,729.41 including principal, interest and loan related fees.

11. Pursuant to the Loan Documents, Defendant NTC Financial, Inc. is obligated to pay Plaintiff's attorney's fees and costs incurred in the prosecution of this action which was made necessary as a result of Defendant NTC Financial, Inc.'s default of the subject loan.

12. Plaintiff has submitted an Amended Declaration of Angela M. Lipscomb, Esq. [CM/ECF No.16] demonstrating that Plaintiff expended $4,392.50 in attorney's fees and costs, which amount this Court finds reasonable.

Based on the foregoing findings, it is:

**ORDERED AND ADJUDGED** that Defendant:

      (a)    shall pay to Plaintiff the sum of $132,729.41 in damages, and $4,392.50 for attorneys' fees and costs, making a total of $137,121.91, *for which let execution issue forthwith*;

      (b)    shall pay to Plaintiff post-judgment interest at the current legal rate of 0.11% as of the date of this Default Judgment until the date of its satisfaction;

      (c)    The Court shall retain jurisdiction over this action for six months or until the judgment is satisfied to entertain such further proceedings supplementary and to enter such further orders as may be necessary or appropriate to implement and enforce the provisions of this Default Judgment.

(d) The case is closed and all pending motions are denied as moot.

**DONE AND ORDERED** this 28th day of October, 2014.

By: _____
UNITED STATES DISTRICT JUDGE

3