UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-81084-CIV-MARRA

MYBUSINESSLOAN.COM, LLC d/b/a
DEALSTRUCK,

Plaintiff,

vs.

NTC FINANCIAL, INC., and
STEPHAN STANFEL,

Defendants.
_____/

## ORDER

This cause is before the Court upon Garnishee, PNC Bank, N.A.'s Demand for Payment of garnishee answer fee (DE 27).  No response to the Demand has been filed.  The Court has carefully considered the Demand and is otherwise fully advised in the premises.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that PNC Bank, N.A.'s Demand for Payment of garnishee answer fee (DE 27) is **GRANTED.**  Plaintiff shall pay $100.00 to Pruitt & Pruitt, P.A, Suite 5, 3030 South Dixie Highway, West Palm Beach, Florida 33405-1539.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 5th day of January, 2015.

_____
KENNETH A. MARRA
United States District Judge